# Exhibit A

Filed
D.C. Superior Court
06/16/2016 28:26PM
Clerk of the Court

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| KALIKINKAR SINHA<br>7644 Audobon Meadow Way<br>Alexandria, VA 22306<br><br>    Plaintiff.<br><br>    v.<br><br>RASIKA LLC<br>631 D Street NW, #127<br>Washington, DC 20004<br><br>  Serve:  Ashok Bajaj<br>           631 D Street NW, #127<br>           Washington, DC 20004<br><br>KNIGHTSBRIDGE MANAGEMENT, INC.<br>631 D Street NW, #127<br>Washington, DC 20004<br><br>  Serve:  Ashok Bajaj<br>           631 D Street NW, #127<br>           Washington, DC 20004<br><br>ABC CORPORATIONS 1-10 (*being the fictitious names of entities which are not presently known to Plaintiff*),<br><br>    Defendants. | Civ. No. 2016 CA 004435 B |

## COMPLAINT AND JURY DEMAND

Plaintiff Kalikinkar Sinha, by his attorney, alleges for his Complaint herein:

### PRELIMINARY STATEMENT

1.     This is a wage theft case. Plaintiff Kalikinkar Sinha was employed as a line cook at Rasika between July 2007 through June 2015. Despite routinely working overtime

Klaproth Law PLLC
406 5ᵗʰ Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

during that period, Defendants failed to pay Mr. Sinha for his overtime as required by the Fair Labor Standards Act and the D.C. Minimum Wage Act Revision Act.

2.    Plaintiff brings this action for damages resulting from Defendants' willful failure to pay Plaintiff his wages, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the District of Columbia Minimum Wage Act Revision Act ("DCMWA"), D.C. Code § 32-1001 *et seq.*; and the District of Columbia Wage Payment and Collection Law ("DCWPCL"), D.C. Code § 32-1301, *et seq.*

Plaintiff, through undersigned counsel hereby alleges the following:

## JURISDICTION AND VENUE

3.    This Court has jurisdiction over this claim pursuant to D.C. Code § 11-921(a)(6).

4.    This Court has personal jurisdiction over the Defendants pursuant to D.C. Code § 13-423(a)(1)-(4).

5.    The acts alleged in this Complaint occurred in the District of Columbia and therefore venue is proper.

## PARTIES AND RELEVANT PERSONS

6.    Plaintiff Kalikinkar Sinha is an individual residing in the Commonwealth of Virginia. Mr. Sinha was employed by Defendants from July 2007 through June 2015. Mr. Sinha also worked as a line cook at the Knightsbridge Restaurant, Bombay Club, from January 2008 through February 2009. At all times relevant, Mr. Sinha was a non-exempt employee as defined by 29 U.S.C. § 203(e), D.C. Code § 32-1002(2), and D.C. Code § 32-1301(2). At all times while employed by Defendant, Mr. Sinha never supervised any employees, he was never responsible for managing any part of the business or employees, he was not responsible for training employees, and he was never able to hire or fire any employees. At all times relevant,

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

Mr. Sinha's primary duty and only responsibility as a line at Rasika was to cook kabobs, and sometimes breads.

7.  Rasika LLC is a for profit corporation formed and organized under the laws of the District of Columbia with its principal place of business located at 631 D Street NW, #127, Washington, DC 20004.  Defendant Rasika LLC conducts substantial business activities in the District of Columbia by operating the premier restaurant, Rasika, located at 633 D St NW, Washington, DC 20004.  At all times relevant herein, Defendant Rasika was an employer as defined by 29 U.S.C. § 203(d), D.C. Code § 32-1002(3), and D.C. Code § 32-1301(1).

8.  Knightsbridge Management, Inc. is a for profit corporation formed and organized under the laws of the District of Columbia with its principal place of business located at 631 D Street NW, #127, Washington, DC 20004.  Defendant Knightsbridge Management, Inc. conducts substantial business activities in the District of Columbia by overseeing "the operations for….[a] collection of award-winning restaurants, which includes The Bombay Club, 701 Restaurant, The Oval Room, Ardeo+Bardeo, Rasika, Bibiana Osteria-Enoteca, Rasika West End, and nopa Kitchen+Bar."[1]  Defendant Knightsbridge Management Inc. is, upon information and belief, the parent company and/or joint venture of each of the Knightsbridge Restaurants.  At all times relevant herein, Defendant Knightsbridge Management, Inc. was an employer as defined by 29 U.S.C. § 203(d), D.C. Code § 32-1002(3), and D.C. Code § 32-1301(1).

9.  Upon information and belief, Defendants ABC Corporations 1-10 are fictitious entities whose names are not presently known to Plaintiff that may be alter egos of Defendants

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

---

[1]  The Bombay Club, 701 Restaurant, The Oval Room, Ardeo+Bardeo, Rasika, Bibiana Osteria-Enoteca, Rasika West End, and nopa Kitchen+Bar will collectively be referred to as "Knightsbridge Restaurants."

or have caused damage to Mr. Sinha.

10. Under the law in the District of Columbia, Defendants in this matter are jointly and severally liable to Plaintiff for the harms and losses sustained by Plaintiff.

## FACTS COMMON TO ALL COUNTS

11. On or about July 17, 2007, Plaintiff Kalikinkar Sinha was hired by Defendant Rasika as a line cook. Mr. Sinha was employed by Rasika as a line cook until approximately June 13, 2015.

12. As a line cook at Rasika, Mr. Sinha never supervised any employees, he was not responsible for managing any part of the business or employees, did not assign work to any employees, did not order food for the kitchen, and he was not able to hire or fire any employees. Instead, his primary duty and only responsibility as a line cook was to cook kabobs, and sometimes breads.

13. At all times relevant, Defendants required Mr. Sinha to work approximately 71.25 hours per week. Indeed, his offer letter states that he was required to work "***[w]hatever hours are necessary*** to run the operations professionally, smoothly, and efficiently." Despite working overtime, Mr. Sinha never received any overtime time wages.

14. Because Defendants would not pay Mr. Sinha overtime for the hours he worked in excess of 40 hours per week, Mr. Sinha frequently requested that he be scheduled to work less hours. Specifically, Mr. Sinha complained approximately once or twice per month about the extensive overtime hours he was required to work. On one occasion when he complained, the manager responded, "I can't do anything about it, that's done up top."

15. On another occasion where Mr. Sinha complained to an upper-level manager about the long hours, he was told "this is how the industry works."

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

16. At all times relevant, and still presently, Defendants willfully failed to provide Mr. Sinha with actual or constructive notice of his rights as an employee under the FLSA, DCMWA, and the DCWPCL.

17. Since January 2012, Mr. Sinha worked approximately over 5,000 hours of overtime for which he received no compensation at all.

## COUNT I
### FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201 *et seq*

18. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

19. Plaintiff is an "employee" within the meaning of the FLSA, 29 U.S.C. § 203(e)(1). Similarly, Plaintiff is a "non-exempt" employee within the meaning of the FLSA, 29 U.S.C. § 213.

20. Defendants are "employers" within the meaning of the FLSA, 29 U.S.C. § 203(d).

21. Pursuant to 29 U.S.C. § 207(a)(1), employers must pay non-exempt employees one and one-half times their regular hourly rate for hours worked in excess of forty (40) hours in any one work week.

22. Defendants knowingly and willingly failed to pay Plaintiff, one and one-half times his regular hourly rate for hours worked in excess of forty hours per work week.

23. Defendants further knowingly and willing violated the FLSA by failing to pay Plaintiff any wages for hours worked in excess of forty hours per work week.

24. WHEREFORE, Plaintiff prays for relief in the form of a judgment against Defendants, jointly and severally, by awarding Plaintiff compensatory damages, including

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

- 5 -

unpaid overtime compensation; liquidated damages equal to the amount of unpaid overtime; punitive damages, equitable relief; reasonable attorney's fees and expenses; court costs; and any other relief the Court deems proper.

## COUNT II
### FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE D.C. MINIMUM WAGE ACT, D.C. CODE § 32-1000 *et seq*

25. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

26. Plaintiff is an "employee" within the meaning of the D.C. Code § 32-1002(2). Similarly, Defendants are "employers" of the within the meaning of the D.C. Code § 32-1002(3).

27. Pursuant to D.C. Code § 32-1003(c) employers must pay employees one and one-half times their regular hourly rate for hours worked in excess of forty (40) hours in any one work week.

28. Defendants knowingly and willingly failed to pay Plaintiff one and one-half times his regular hourly rate for hours worked in excess of forty hours per work week.

29. Defendants further knowingly and willing violated the DCMWA by failing to pay Plaintiff any wages for hours worked in excess of forty hours per work week.

30. WHEREFORE, Plaintiff prays for relief in the form of a judgment against Defendants, jointly and severally, by awarding Plaintiff, compensatory damages, including unpaid overtime compensation; liquidated damages equal to treble the amount of unpaid overtime; punitive damages; equitable relief; reasonable attorney's fees and expenses; court costs; and any other relief the Court deems proper.

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

# COUNT III
## FAILURE TO PAY WAGES UPON DISCHARGE IN VIOLATION OF D.C. WAGE PAYMENT AND COLLECTION LAW, D.C. CODE § 32-1303

31. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

32. Mr. Sinha resigned from his employment with the Defendants on or about June 13, 2015. Defendants, however, willfully failed to pay Mr. Sinha all wages owed to him within 7 days from the date of resigning in violation of D.C. Code § 32-1303(2).

33. Specifically, Defendants owe Mr. Sinha one and one-half times his regular rate for overtime hours he worked during his employment.

34. Pursuant to D.C. Code § 32-1303(4) Mr. Sinha is entitled to liquidated damages in the amount of 10% of the unpaid wages per working day after the day that wages were due or an amount equal to treble the unpaid wages, whichever is smaller.

35. Under D.C. Code § 32-1308, Plaintiff is entitled to costs of this action, including reasonable attorney fees. Costs shall also include expert witness fees, deposition fees, witness fees, juror fees, filing fees, certification fees, the costs of collecting and presenting evidence, and any other costs incurred in connection with obtaining, preserving, or enforcing the judgment.

36. WHEREFORE, Plaintiff prays for relief in the form of a judgment against Defendants awarding (1) compensatory damages in the amount of unpaid wages; (2) liquidated damages in the amount of treble unpaid wages; (3) costs and attorney's fees; (4) punitive damages and (5) any other relief the Court deems proper.

## COUNT IV
## FAILURE TO PAY WAGES IN VIOLATION OF D.C. WAGE PAYMENT AND COLLECTION LAW, D.C. CODE § 32-1302

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

37.     Plaintiff realleges and incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

38.     Under D.C. Code § 32-1302, "[e]very employer shall pay all wages earned to his employees at least twice during each calendar month, on regular paydays designated in advance by the employer." Wages that must be paid at least twice a month on regular paydays, includes overtime wages.

39.     Defendants violated D.C. Code § 32-1302 by failing to pay Mr. Sinha all of his earned wages, including wages for his overtime hours.

40.     WHEREFORE, Plaintiff prays for relief in the form of a judgment against Defendants awarding (1) compensatory damages in the amount of unpaid wages; (2) liquidated damages in the amount of unpaid wages; (3) equitable relief; (4) costs and attorney's fees; (5) punitive damages and (6) any other relief the Court deems proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief in the form of a judgment against Defendants awarding punitive damages and any other relief the Court deems proper and just. Plaintiff prays for judgment against Defendants as follows:

(a)     Awarding actual compensatory damages for Defendants' statutory violations of the Fair Labor Standards Act, the D.C. Minimum Wage Act Revision Act, and the D.C. Wage Payment and Collection Law;

(b)     Awarding liquidated damages in the amount of treble unpaid wages pursuant to D.C. Code § 32-1308 and/or D.C. Code § 32-1012;

(c)     Awarding liquidated damages in the amount of unpaid wages pursuant to 29 U.S.C. § 216(b);

(d)     Awarding equitable relief, including but not limited to, requiring Defendants to pay all of its employees overtime compensation and minimum wage as required by the laws of the District of Columbia; and,

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

(e)     Awarding additional relief as may be necessary.

## JURY AND TRIAL DEMAND

Plaintiff hereby demands a trial by jury with respect to each claim in this Complaint.

Respectfully submitted,

_____/s/ Brendan Klaproth_____
Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001

202-618-2344
www.klaprothlaw.com

- 9 -

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

KALIKINKAR SINHA

Case Number: 2016 CA 004435 B

vs

Date: 6/16/2016

RASIKA LLC, et al

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Brendan J. Klaproth | Relationship to Lawsuit |
| Firm Name: Klaproth Law PLLC | [X] Attorney for Plaintiff |
| Telephone No.: 202-618-2344    Six digit Unified Bar No.: DC Bar No. 999360 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    [X] 6 Person Jury    ☐ 12 Person Jury
Demand: $ $800,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge:_____    Calendar #:_____

Case No.:_____    Judge:_____    Calendar#:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                                                   **COLLECTION CASES**

☐ 01 Breach of Contract            ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty            ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument         ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
[X] 13 Employment Discrimination    ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                   ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile            ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion            ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy           ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander             ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution         ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal             ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)    ☐ 21 Asbestos
☐ 07 False Arrest                  ☐ 16 Negligence- (Not Automobile, Not Malpractice)     ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                                                            ☐ 23 Tobacco
                                                                      ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/_                                                               6/16/2016

Attorney's Signature                                                Date



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

KALIKINKAR SINHA
_____
Plaintiff

vs.                                                     Case Number 2016 CA 004435 B

RASIKA LLC
_____
Defendant

## SUMMONS

To the above named Defendant:

　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer.  A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you.  The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff.  If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Brendan Klaproth, Klaproth Law PLLC                           *Clerk of the Court*
Name of Plaintiff's Attorney
406 5th Street NW, Suite 350                        By _____
Address                                                           Deputy Clerk
Washington, DC 20001

202-618-2344                                        Date          06/17/2016
Telephone
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

　　IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

　　If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                  CASUM.doc




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

KALIKINKAR SINHA
_____
Demandante

vs.

RASIKA LLC                                   Número de Caso: _____
_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Brendan Klaproth, Klaproth Law PLLC                  *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

406 5th Street NW, Suite 350
_____              Por: _____
Dirección                                                      Subsecretario
Washington, DC 20001

202-618-2344                                              Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

KALIKINKAR SINHA
_____
Plaintiff

vs.                                                                 Case Number  2016 CA 004435 B

KNIGHTSBRIDGE MANAGEMENT INC.
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Brendan Klaproth, Klaproth Law PLLC                       *Clerk of the Court*
_____
Name of Plaintiff's Attorney

406 5th Street NW, Suite 350                                 By _____
_____                       Deputy Clerk
Address
Washington, DC 20001

202-618-2344                                                  Date  06/17/2016
_____
Telephone

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

KALIKINKAR SINHA
_____
Demandante

vs.

KNIGHTSBRIDGE MANAGEMENT INC
_____
Demandado

Número de Caso: _____

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Brendan Klaproth, Klaproth Law PLLC
_____
Nombre del abogado del Demandante

406 5th Street NW, Suite 350
_____
Dirección
Washington, DC 20001
_____

202-618-2344
_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시요    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION

KALIKINKAR SINHA
   Vs.                              C.A. No.     2016 CA 004435 B
RASIKA LLC et al

## INITIAL ORDER AND ADDENDUM

    Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

    (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

    (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

    (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

    (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

    (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                       Chief Judge Lee F. Satterfield

Case Assigned to: Judge MAURICE ROSS
Date:  June 17, 2016
Initial Conference: 9:00 am, Friday, September 16, 2016
Location:  Courtroom 100
          500 Indiana Avenue N.W.

                                                                                                                            Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc